UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| FEDERAL HOUSING FINANCE AGENCY, *et al*., | ) ) ) | Case No.  3:16-cv-00461-RCJ-WGC |
| Plaintiffs, | ) ) ) | **MINUTES OF PROCEEDINGS** |
| vs. | ) ) | February 8, 2017 |
| THUNDER PROPERTIES, INC., | ) ) ) | |
| Defendant. | ) ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     <u>Katie Lynn Ogden</u>      REPORTER:            <u>FTR</u>

COUNSEL FOR PLAINTIFFS:   <u>Leslie Hart (present obo: Federal Housing Finance Agency and

Federal Home Loan Mortgage Corporation) and Kelly Dove (telephonically obo: Federal

National Mortgage Association)</u>

COUNSEL FOR DEFENDANT:    <u>Timothy Rhoda (telephonically)</u>

**MINUTES OF PROCEEDINGS: Status Conference**

11:01 a.m.  Court convenes.

The court advises counsel that after reaching out to Judge Jones' chambers and discussing the stay in the case, the parties' Joint Motion for Leave to Extend the Deadline to File a Motion to Lift the Stay (ECF No. 13) is **GRANTED** *nunc pro tunc*.

The court addresses Plaintiffs Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation Motion to Lift Stay and Enter Proposed Scheduling Order (ECF No. 14). The motion is **GRANTED in part** and the court next addresses with counsel establishing a briefing scheduling as to the *Bourne Valley* matter, as well as a scheduling order in the instant matter.

Ms. Hart advises the court that her clients anticipate filing an amended complaint to add Plaintiff parties only; Plaintiffs do not intend to amend the claims asserted in the current

1

Minutes of Proceedings
3:16-cv-00461-RCJ-WGC
February 8, 2017

complaint (ECF No. 1).  Ms. Hart states the amended complaint can be on file within two weeks. Mr. Rhoda explains he is under the impression that the Plaintiffs may moved forward with an amended complaint because Defendant has not filed an answer to the original complaint as of today's date.

The court imposes the deadline of **Wednesday, 2/22/2017** for Plaintiffs to submit their amended complaint.  Additionally, the deadline for initial disclosures as to all parties is also **Wednesday, 2/22/2017**.

After considering the anticipation of an amended complaint being filed and an answer thereafter being submitted, the following briefing schedule regarding dispositive motions addressing *Bourne Valley* is as follows:

- Deadline to file dispositive motion based on *Bourne Valley*: **Friday, 3/17/2017**;

- Deadline to file a response to the motion: **Friday, 4/14/2017**;

- Deadline to file a counter dispositive motion (if contemplated by Defendant): **Friday, 4/14/2017**;

- Deadline to file a reply to the motion: **Friday, 4/28/2017**;

- Deadline to file a response to a counter dispositive motion (if necessary): **Friday, 5/5/2017**.

The court explains to counsel its reluctance staying discovery and its overall decision to enter a scheduling order at this time.  It is therefore ordered that the Plaintiffs' request that all discovery in the case be stayed until the resolution of dispositive motions based on *Bourne Valley* (ECF No. 14, pg. 2, ¶ 5) is **DENIED in part**.  The following scheduling order is entered:

- Discovery Cut Off: **Friday, 10/27/2017**;

- Disclosure of Experts: **Friday, 8/25/2017**;

- Rebuttal Experts: **Friday, 9/22/2017**;

- Dispositive Motion(s): **Thursday, 11/30/2017**;

///

Minutes of Proceedings
3:16-cv-00461-RCJ-WGC
February 8, 2017

- Joint Pretrial Order: **Friday, 12/29/2017**.  In the event dispositive motions are filed , the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

An Interim Status Conference is set for **Friday, 4/7/2017 at 10:00 a.m.**  Counsel wishing to appear telephonically shall dial **1-877-873-8017**, enter the access code **3416460**, and enter the security code **4717** approximately five (5) minutes prior to the hearing.

The parties shall file a joint status report no later than close of business **Tuesday, 4/4/2017**.  If the court finds the status conference is unnecessary, the court will vacate the hearing.

There being no additional matters to address at this time, court adjourns at 11:28 a.m.

DEBRA K. KEMPI, CLERK OF COURT

By: _____/s/_____
       Katie Lynn Ogden, Deputy Clerk