| | |
|---|---|
| Leslie Bryan Hart, Esq. (SBN 4932) | Natalie Winslow, Esq. (SBN 12125) |
| John D. Tennert, Esq. (SBN 11728) | Melanie Morgan, Esq. (SBN 08215) |
| FENNEMORE CRAIG, P.C. | AKERMAN LLP |
| 300 E. Second St., Suite 1510 | 1160 Town Center Drive Suite 330 |
| Reno, Nevada 89501 | Las Vegas, NV 89144 |
| Tel: 775-788-2228  Fax: 775-788-2229 | Tel: (702) 634-5000  Fax: (702) 380-8572 |
| lhart@fclaw.com, jtennert@fclaw.com | Natalie.winslow@akerman.com |
| *Attorneys for Plaintiffs Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation* | Melanie.morgan@akerman.com |
| | *Attorneys for Plaintiffs Bayview Loan Servicing LLC, Nationstar Mortgage, LLC and Bank of America, N.A.* |
| Amy F. Sorenson, Esq. (SBN 12495) | Kent F. Larsen, Esq. (SBN 03463) |
| Erica J. Stutman, Esq. (SBN 10794) | Katie M. Weber, Esq. (SBN 11736) |
| Robin E. Perkins, Esq. (SBN 9891) | SMITH LARSEN WIXOM LLP |
| Kelly H. Dove, Esq. (SBN 10569) | 1935 Village Center Circle |
| SNELL & WILMER LLP | Las Vegas, NV 89134 |
| 3883 Howard Hughes Pkwy, Suite 1100 | Tel: (702 252-5002 Fax: (702) 252-5006 |
| Las Vegas, NV 89169 | kfl@slwlaw.com; kw@slwlaw.com |
| Tel: 702-784-5200 Fax: 702-784-5252 | *Attorney for Plaintiff JPMorgan Chase Bank, N.A.* |
| asorenson@swlaw.com | |
| estutman@swlaw.com, rperkins@swlaw.com | |
| kdove@swlaw.com | Colt B. Dodrill, Esq. (SBN 9000) |
| *Attorneys for Plaintiff Federal National Mortgage Association* | WOLFE WYMAN LLP |
| | 6757 Spencer Street |
| | Las Vegas, NV 89119 |
| | Tel: (702) 476-0100 |
| | cbdodrill@wolfewyman.com |
| | *Attorney for Plaintiff Ditech Financial LLC* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; FEDERAL HOME LOAN MORTGAGE CORPORATION; JPMORGAN CHASE BANK, N.A.; DITECH FINANCIAL LLC; NATIONSTAR MORTGAGE, LLC; BAYVIEW LOAN SERVICING LLC; and BANK OF AMERICA, N.A., <br><br>Plaintiffs, <br><br>vs. <br><br>THUNDER PROPERTIES, INC., <br><br>Defendant. | CASE NO.: 3:16-cv-00461-RCJ-WGC <br><br> **[PROPOSED] FINAL JUDGMENT** <br><br> ___ FILED ___ RECEIVED <br> ___ ENTERED ___ SERVED ON <br> COUNSEL/PARTIES OF RECORD <br><br> JUL 1 2 2017 <br><br> CLERK US DISTRICT COURT <br> DISTRICT OF NEVADA <br> BY: _____ DEPUTY |

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

13020933

Final judgment is hereby entered in favor of Plaintiffs. Plaintiffs are entitled to summary judgment on their quiet title claim pursuant to *Bourne Valley Court Trust v. Wells Fargo Bank, N.A.*, 832 F.3d 1154 (9th Cir. 2016), which holds that NRS Chapter 116's opt-in notice scheme for homeowners' association foreclosure sales is facially unconstitutional under the Due Process Clause of the Fourteenth Amendment of the United States Constitution.

The homeowners' association foreclosure sales at issue here did not affect or extinguish the deeds of trust encumbering the following properties:

1. 1013 Ringneck Way, Sparks, Nevada - APN 530-342-05
2. 10527 Meeks Bay Court, Reno, Nevada - APN 160-684-10
3. 13131 Mount Logan Street, Reno, Nevada - APN 086-754-14
4. 13483 Mount Whitney Street, Reno, Nevada - APN 086-748-07
5. 1691 York Way, Sparks, Nevada - APN 027-490-02
6. 2300 Dickerson Road, Unit 13, Reno, Nevada - APN 006-300-06
7. 6850 Sharlands Avenue, Unit L-1072, Reno, Nevada - APN 212-078-27
8. 872 Tanager Street, No. 38, Incline Village, Nevada - APN 132-560-21
9. 9471 Canyon Meadows Drive, Reno, Nevada - APN 550-294-11
10. 8870 Dixon Lane, Reno, Nevada - APN 043-102-13
11. 7013 Voyage Drive, Sparks, Nevada - APN 526-533-06
12. 2845 Idlewild Drive, Unit 110, Reno, Nevada - APN 010-536-04
13. 5342 Desert Peach Drive, Sparks, Nevada - APN 516-144-12

Accordingly, any interests in these properties of Defendant Thunder Properties, Inc. remain subject to the deeds of trust.

///
///
///
///
///
///

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

13020933

The remainder of Plaintiffs' claims are dismissed without prejudice.

**ORDER**

**IT IS SO ORDERED AND ADJUDGED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: July 12, 2017

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on June 28, 2017 a true and correct copy of the **[PROPOSED] FINAL JUDGMENT,** was transmitted electronically through the Court's e-filing electronic notice system to the attorney(s) associated with this case. If electronic notice is not indicated through the court's e-filing system, then a true and correct paper copy of the foregoing document was delivered via U.S. Mail.

Timothy Rhoda   tim@croteaulaw.com; croteaulaw@croteaulaw.com

Roger P. Croteau   rcroteau@croteaulaw.com

                    /s/   Pamela Carmon
                    An Employee of Fennemore Craig, P.C.

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

13020933

4