ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; FEDERAL HOME LOAN MORTGAGE CORPORATION; JPMORGAN CHASE BANK, N.A.; DITECH FINANCIAL, LLC; NATIONSTAR MORTGAGE, LLC; BAYVIEW LOAN SERVICING, LLC; and BANK OF AMERICA, N.A.,

Plaintiff,

vs.

THUNDER PROPERTIES, INC.,

Defendant.

Case No. 3:16-cv-00461-RCJ-WGC

**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**
(First Request)

COMES NOW, Defendant, THUNDER PROPERTIES, INC., and Plaintiffs, FEDERAL HOUSING FINANCE AGENCY; FEDERAL NATIONAL MORTGAGE ASSOCIATION; FEDERAL HOME LOAN MORTGAGE CORPORATION; JPMORGAN CHASE BANK, N.A.; DITECH FINANCIAL, LLC; NATIONSTAR MORTGAGE, LLC; BAYVIEW LOAN

SERVICING, LLC; and BANK OF AMERICA, N.A., by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On July 19, 2019, Plaintiffs filed a Motion for Summary Judgment herein [ECF #62]. A response to said Motion is presently due on August 9, 2019.

2. Defendant's counsel has requested an extension of time in which to respond to Plaintiffs' Motion for Summary Judgment primarily as a result of numerous other pending legal matters.

3. Defendant shall have an extension of time until August 23, 2019, in which to respond to the Plaintiffs' Motion for Summary Judgment.

4. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___8th___ day of August, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | FENNEMORE CRAIG, P.C. |
|---|---|
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> ***Attorney for Defendant*** <br> ***Thunder Properties, Inc.*** | /s/ *Leslie Bryan Hart* <br> LESLIE BRYAN HART, ESQ. <br> Nevada Bar No. 4932 <br> 300 E. Second St., Suite 1510 <br> Reno, NV 89501 <br> 775-788-2228 <br> lhart@fclaw.com <br> ***Attorney for Plaintiffs*** <br> ***Federal Home Loan Mortgage Corporation*** <br> ***and Federal Housing Finance Agency*** |
| WOLFE & WYMAN LLP | SNELL & WILMER L.L.P. |
| /s/ *Colt B. Dodrill* <br> COLT B. DODRILL, ESQ. <br> Nevada Bar No. 9000 <br> 6757 Spencer Street <br> Las Vegas, NV 89119 <br> (702) 476-0100 <br> (702) 476-0101 (fax) <br> cbdodrill@wolfewyman.com <br> ***Attorney for Plaintiff*** <br> ***Ditech Financial, LLC*** | /s/ *Erica J. Stutman* <br> KELLY H. DOVE, ESQ. <br> Nevada Bar No. 10569 <br> ERICA J. STUTMAN, ESQ. <br> Nevada Bar No. 10794 <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, NV 89169 <br> 702-784-5238 <br> kdove@swlaw.com <br> estutman@swlaw.com <br> ***Attorney for Plaintiff*** <br> ***Federal National Mortgage Association*** |

| | |
|---|---|
| SMITH LARSEN & WIXOM | AKERMAN LLP |
| /s/ *Katie M. Weber* <br> KENT F LARSEN, ESQ. <br> Nevada Bar No. 3463 <br> KATIE M. WEBER, ESQ. <br> Nevada Bar No. 11736 <br> 1935 Village Center Circle <br> Las Vegas, NV 89134 <br> (702) 252-5002 <br> (702) 252-5006 (fax) <br> kfl@slwlaw.com <br> kw@slwlaw.com <br> ***Attorney for Plaintiff*** <br> ***JPMorgan Chase Bank, N.A.*** | /s/ *Natalie Winslow* <br> MELANIE D MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> NATALIE WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89144 <br> (702)634-5005 <br> (702) 380-8572 (fax) <br> melanie.morgan@akerman.com <br> natalie.winslow@akerman.com <br> ***Attorneys for Plaintiffs*** <br> ***Bank of America, N.A., Bayview Loan Servicing, LLC and Nationstar Mortgage, LLC*** |

**IT IS SO ORDERED**

By: _____
Judge, U.S. District Court

Dated: ___August 9, 2019_____

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___8th___ day of August, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (First Request)** to the following parties:

Colt B. Dodrill
Wolfe & Wyman LLP
6757 Spencer Street
Las Vegas, NV 89119
(702) 476-0100
(702) 476-0101 (fax)
cbdodrill@wolfewyman.com
*Attorney for Plaintiff*
*Ditech Financial, LLC*

Kelly H Dove
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Las Vegas, NV 89169
(702) 784-5200
(702) 784-5252 (fax)
kdove@swlaw.com
*Attorney for Plaintiff*
*Federal National Mortgage Association*

Leslie Bryan Hart
Fennemore Craig, P.C.
300 E. Second St., Suite 1510
Reno, NV 89501-
775-788-2228
775-788-2229 (fax)
lhart@fclaw.com
*Attorney for Plaintiffs*
*Federal Home Loan Mortgage Corporation and Federal Housing Finance Agency*

Robin E Perkins
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
702-784-5238
702-784-5252 (fax)
rperkins@swlaw.com
*Attorney for Plaintiff*
*Federal National Mortgage Association*

Amy F. Sorenson
Snell & Willmer, LLP
3883 Howard Highes Parkway
Suite 1100
Las Vegas, NV 89169
801-257-1907
801-257-1800 (fax)
asorenson@swlaw.com
*Attorney for Plaintiff*
*Federal National Mortgage Association*

Erica J Stutman
Snell & Wilmer L.L.P.
One Arizona Center
400 E. Van Buren St., Ste. 1900
Phoenix, AZ 85004
602-382-6000
602-382-6070 (fax)
estutman@swlaw.com
*Attorney for Plaintiff*
*Federal National Mortgage Association*

John D. Tennert
Fennemore Craig, P.C.
300 E. Second St.
Suite 1510
Reno, NV 89501
775-788-2212
775-788-2213 (fax)
jtennert@fclaw.com
*Attorney for Plaintiffs*
*Federal Home Loan Mortgage Corporation and Federal Housing Finance Agency*

Kent F Larsen
Smith Larsen & Wixom
1935 Village Center Circle
Las Vegas, NV 89134
(702) 252-5002
(702) 252-5006 (fax)
kfl@slwlaw.com
*Attorney for Plaintiff*
*JPMorgan Chase Bank, N.A.*

FHFA

| | |
|---|---|
| Melanie D Morgan<br>Akerman LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89144<br>(702)634-5005<br>(702) 380-8572 (fax)<br>melanie.morgan@akerman.com<br>***Attorney for Plaintiffs***<br>***Bank of America, N.A., Bayview Loan Servicing, LLC and Nationstar Mortgage, LLC*** | Katie M. Weber<br>Smith Larsen & Wixom<br>1935 Village Center Cir.<br>Las Vegas, NV 89134<br>702-252-5002<br>702-252-5006 (fax)<br>kw@slwlaw.com<br>***Attorney for Plaintiff***<br>***JPMorgan Chase Bank, N.A.*** |

Natalie L Winslow
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89144
(702) 634-5000
(702) 380-8572 (fax)
natalie.winslow@akerman.com
***Attorney for Plaintiffs***
***Bank of America, N.A., Bayview Loan Servicing, LLC and Nationstar Mortgage, LLC***

Tenesa S Powell
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
tenesa.powell@akerman.com
***Attorney for Plaintiffs***
***Bank of America, N.A., Bayview Loan Servicing, LLC and Nationstar Mortgage, LLC***

Donna M. Wittig
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702) 634-5000
donna.wittig@akerman.com
***Attorney for Plaintiffs***
***Bank of America, N.A., Bayview Loan Servicing, LLC and Nationstar Mortgage, LLC***

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

FHFA