## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

FEDERAL HOUSING FINANCE AGENCY, et al.,

    Plaintiff(s),

vs.

THUNDER PROPERTIES, INC.,

    Defendant(s).

Case #3:16-cv-00461-RCJ-WGC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Michael A. F. Johnson_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Arnold & Porter Kaye Scholer LLP_____
(firm name)

with offices at _____601 Massachusetts Ave., NW_____,
(street address)

_____Washington_____, _____District of Columbia_____, _____20001_____,
(city) (state) (zip code)

_____202-942-5783_____, _____michael.johnson@arnoldporter.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Federal Housing Finance Agency_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since December 7, 1998 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of District of Columbia (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)   None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
District of Columbia Court of Appeals
Supreme Court of Virginia

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| See Attached | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ~~District of Columbia~~ Nevada )
COUNTY OF ClaRK )

_____Michael A. F. Johnson_____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

5th day of November, 2019

_____
Notary Public or Clerk of Court

> MORGANNE WESTOVER
> NOTARY PUBLIC
> STATE OF NEVADA
> APPT. NO. 10-1647-1
> MY APPT. EXPIRES AUGUST 29, 2023

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Leslie Bryan Hart_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____Fennemore Craig, P.C. - 300 E. Second St., Suite 1510_____,
(street address)

_____Reno_____, _____Nevada_____, _____89501_____,
(city)      (state)        (zip code)

_____775-788-2228_____, _____lhart@fclaw.com_____.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Leslie Bryan Hart, Esq._____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Michael Sitcov   Associate General
(type or print party name, title)   Counsel, FHFA

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4932                lhart@fclaw.com
Bar number          Email address

APPROVED:

DATED this 23rd day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 8/14

Question 4

## Michael Alexander Johnson - Federal Court Admissions

| Court | Admission Date | Active Status & Good Standing? | Bar Number |
|---|---|---|---|
| Supreme Court of the United States | October 5, 2009 | Yes | No bar number assigned. |
| U.S. Court of Appeals for the First Circuit | October 9, 2013 | Yes | 1160381 |
| U.S. Court of Appeals for the Second Circuit | April 16, 2014 | Yes | No bar number assigned |
| U.S. Court of Appeals for the Third Circuit | April 29, 2013 | Yes | No bar number assigned. |
| U.S. Court of Appeals for the Fourth Circuit | February 28, 2005 | Yes | No bar number assigned. |
| U.S. Court of Appeals for the Sixth Circuit | May 24, 2012 | Yes | No bar number assigned. |
| U.S. Court of Appeals for the Seventh Circuit | April 12, 2013 | Yes | No bar number assigned. |
| U.S. Court of Appeals for the Eighth Circuit | May 6, 2013 | Yes | No bar number assigned |
| U.S. Court of Appeals for the Ninth Circuit | July 30, 2013 | Yes | No bar number assigned. |
| U.S. Court of Appeals for the Eleventh Circuit | May 21, 2013 | Yes | No bar number assigned. |
| U.S. Court of Appeals for the District of Columbia Circuit | November 30, 2012 | Yes | 54497 |
| U.S. Court of Appeals for the Federal Circuit | January 15, 2004 | Yes | Attorney Number 054356 |
| U.S. Court of Federal Claims | February 26, 1998 | Yes | No bar number assigned. |
| U.S. District Court for the Eastern District of Virginia | November 3, 2000 | Yes | 41588 |
| U.S. District Court for the District of Columbia | June 6, 2005 | Yes | 460879 |
| U.S. District Court for the District of Maryland | February 5, 2007 | Yes | 16941 |
| U.S. District Court for the Western District of Michigan | January 31, 2012 | Yes | No bar number assigned. |
| U.S. District Court for the Eastern District of Michigan | February 10, 2012 | Yes | No bar number assigned. |
| U.S. District Court for the Eastern District of Wisconsin | October 9, 2012 | Yes | No bar number assigned. |
| U.S. District Court for the Western District of New York | June 26, 2013 | Yes | No bar number assigned. |

61634812

## Michael Alexander Johnson - State Court Admissions

| Court | Date | Active Status & Good Standing? | Bar Number |
|---|---|---|---|
| District of Columbia Court of Appeals | December 7, 1998 | Yes | 460879 |
| Supreme Court of Virginia | October 9, 1997 | Yes | 41588 |

61634812

## Question 8
## Michael A.F. Johnson - Prior Applications to Appear as Counsel

| Date of App. | Cause | Title of Court Admin. Body or Arbitrator | Was App. Granted or Denied |
|---|---|---|---|
| 11/9/16 | Terra West Collections Group, LLC v. Federal National Mortgage Association et al.<br>Case Number: 2:15-cv-01692-JAD-VCF | United States District Court District of Nevada (Las Vegas) | Granted |
| 5/16/17 | Federal Housing Finance Agency v. LN Management, LLC<br>Case Number: 2:17-cv-00910-APG-VCF | United States District Court District of Nevada (Las Vegas) | Granted |
| 5/16/17 | Federal Housing Finance Agency v. Las Vegas Development Group, LLC<br>Case Number: 2:17-cv-00908-JAD-VCF | United States District Court District of Nevada (Las Vegas) | Denied |
| 5/16/17 | Federal Housing Finance Agency v. Nevada New Builds, LLC<br>Case Number: 2:17-cv-00912-JAD-VCF | United States District Court District of Nevada (Las Vegas) | Denied |
| 5/16/17 | Federal Housing Finance Agency v. SFR Investments Pool I<br>Case Number: 2:17-cv-00914-GMN-PAL | United States District Court District of Nevada (Las Vegas) | Granted |
| 5/16/17 | Federal Housing Finance Agency v. Thunder Properties, LLC<br>Case Number: 2:17-cv-00915-RFB-CWH | United States District Court District of Nevada (Las Vegas) | Granted |
| 3/20/18 | Federal Housing Finance Agency, et al. v. GR Investments, et al.<br>Case Number 2:17-cv-03005-JAD-VEH | United States District Court District of Nevada (Las Vegas) | Granted |
| 3/28/18 | Federal Housing Finance Agency, et al. v. LN Management LLC, Series 2937 Barboursville, et al.<br>Case Number 2:17-cv-03006-JAD-GWF | United States District Court District of Nevada (Las Vegas) | Granted |
| 3/28/18 | Federal Housing Finance Agency, et al. v. LN Management, LLC<br>Case Number 2:18-cv-00371-RFB-GWF | United States District Court District of Nevada (Las Vegas) | Granted |
| 3/28/18 | Federal Housing Finance Agency, et al. v. Placer Bullion Trust #9166, et al.<br>Case Number 2:18-cv-00289-JCM-PAL | United States District Court District of Nevada (Las Vegas) | Granted |
| 6/13/18 | M&T Bank, et al., v. SFR Investments Pool 1, LLC, et al.<br>Case Number 2:17-cv-01867-JCM-CWH | United States District Court District of Nevada (Las Vegas) | Granted |
| 6/19/18 | Federal Housing Finance Agency, et al. v. BG Novecientos Dos S.A. Corp. ID 3-101-454-51<br>Case Number 2:18-cv-00453-GMN-CWH | United States District Court District of Nevada (Las Vegas) | Case Settled PHV Moot |
| 6/22/18 | Saticoy Bay LLC Series 970 Flapjack Drive v. Federal National Mortgage Assoc.<br>Case Number 2:18-cv-00961-RFB-NJK | United States District Court District of Nevada (Las Vegas) | Granted |
| 6/26/19 | Ditech Financial, LLC v. SFR Investments Pool 1, LLC, et al.<br>Case Number 2:17-cv-01772-RFB-PAL | United States District Court District of Nevada (Las Vegas) | Granted |
| 7/1/19 | Ditech Financial, LLC v. Talasera and Vicanto Homeowners' Association, et al.<br>Case Number 2:16-cv-02906-JAD-NJK | United States District Court District of Nevada (Las Vegas) | Granted |
| 8/29/19 | Nationstar Mortgage v. Independence II Homeowners Association, et al. | United States District Court District of Nevada (Las Vegas) | Granted |

10297259

## Question 8
## Michael A.F. Johnson - Prior Applications to Appear as Counsel

| Date of App. | Cause | Title of Court Admin. Body or Arbitrator | Was App. Granted or Denied |
|---|---|---|---|
| | Case Number 2:15-cv-02151-JAD-NJK | | |

10297259



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Michael A Johnson*

was duly qualified and admitted on December 7, 1998 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 4, 2019.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Supreme Court of Virginia

AT RICHMOND

# Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia, do hereby certify that

### MICHAEL ALEXANDER JOHNSON

was admitted to practice as an attorney and counsellor at the bar of this Court on October 27, 1997.

I further certify that so far as the records of this office are concerned, MICHAEL ALEXANDER JOHNSON is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 31st day of October A.D. 2019

By: _____

*Deputy Clerk*

**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on November 5, 2019 a true and correct copy of the **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL,** was transmitted electronically through the Court's e-filing electronic notice system to the attorney(s) associated with this case.  If electronic notice is not indicated through the court's e-filing system, then a true and correct paper copy of the foregoing document was delivered via U.S. Mail.

Amy F. Sorenseon   asorenson@swlaw.com

Erica J. Stutman   estutman@swlaw.com

Kelly H. Dove   kdove@swlaw.com

Natalie Winslow   natalie.winslow@akerman.com

Melanie Morgan   melanie.morgan@akerman.com

Kent F. Larsen   kfl@slwlaw.com

Katie M. Weber   kw@slwlaw.com

Colt B. Dodrill   cbdodrill@wolfewyman.com

Roger P. Croteau   rcroteau@croteaulaw.com

Timothy Rhoda   tim@croteaulaw.com

Donna M. Wittig   donna.wittig@akerman.com

        /s/   Pamela Carmon
An Employee of Fennemore Craig, P.C.

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

14913264

Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com, jtennert@fclaw.com
*Attorneys for Plaintiffs Federal Housing Finance Agency
and Federal Home Loan Mortgage Corporation*

(*Pro Hac Vice* Submitted)
Michael A. F. Johnson, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000   Fax: (202) 942-5999
Michael.Johnson@apks.com

*Attorneys for Plaintiff Federal Housing Finance Agency*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; FEDERAL HOME LOAN MORTGAGE CORPORATION; JPMORGAN CHASE BANK, N.A.; DITECH FINANCIAL LLC; NATIONSTAR MORTGAGE, LLC; BAYVIEW LOAN SERVICING LLC; and BANK OF AMERICA, N.A.,<br><br>Plaintiffs,<br><br>vs.<br><br>THUNDER PROPERTIES, INC.,<br><br>Defendant. | CASE NO.: 3:16-cv-00461-RCJ-WGC<br><br>**AFFIDAVIT OF MICHAEL A. F. JOHNSON, ESQ., IN SUPPORT OF THE VERIFIED PETITION FOR PERMISSION TO PRACTICE, SETTING FORTH SPECIAL CIRCUMSTANCES AND GOOD CAUSE FOR AN APPEARANCE** |

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

15301670

| STATE OF NEVADA | ) |
|---|---|
| COUNTY OF CLARK | ) SS: |
| | ) |

I, Michael A. F. Johnson, being first duly sworn, do hereby swear under penalty of perjury the laws of the State of Nevada as follows:

1. I am over the age of 21 years. The statements I offer in this affidavit are true and correct to the best of my knowledge, information, and belief.

2. With the exception of those matters stated upon information and belief, I have personal knowledge of each of the matters stated herein and could testify competently to the same under oath in a court of law if called upon to do so.

3. Pursuant to Local Rule IA 10-2(h)(2), I submit this affidavit in support of the Verified Petition for Permission to Practice in This Case Only by Attorney Not Admitted to the Bar of This Court and Designation of Local Counsel. I submit this application in advance of the Court's November 18, 2019, hearing on Plaintiffs' Motion for Summary Judgment (ECF 62), at which I hope to argue on behalf of Plaintiffs.

4. Local Rule IA 10-2(h)(1) provides that, as a general rule, "more than five (5) appearances by any attorney or firm of attorneys in the same office locations granted under this Rule in a three (3) year period is excessive use of this Rule." However, an attorney for firm may make appearances in excess of the limitations in "special circumstances, and only upon showing of good cause." *Id.*

5. I believe that special circumstances and good cause exist to support my appearance in this case.

6. I am an attorney with the law firm of Arnold & Porter Kaye Scholer LLP, an international law firm acting as counsel for the Federal Housing Finance Agency ("FHFA").

7. FHFA is an independent federal agency responsible for the oversight of vital components of the national secondary mortgage market, including the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation ("Freddie Mac") (together, "the Enterprises").

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

15301670

2

8. On September 6, 2008, FHFA's Director invoked the power granted FHFA under the Housing and Economic Recovery Act of 2008 ("HERA"), Pub. L. No. 110-289, 122 Stat. 2654, to place the Enterprises into conservatorships. *See* U.S.C. § 4617(a). Since then, FHFA has been each Enterprise's Conservator.

9. In its capacity as Conservator, FHFA succeeded to "all rights, titles, powers, and privileges" of the Enterprises and their respective stockholders, boards of directors and officers. *See* 12 U.S.C. § 4617(b)(2)(A)(i). Accordingly, the Conservator is authorized to participate, at its discretion, in litigation involving the Enterprises in a manner consistent with the conservator's duties.

10. There are hundreds of cases pending in the Nevada Supreme Court, the District Courts of the State of Nevada, in the United States District Court for the District of Nevada and in the United States Court of Appeals for the Ninth Circuit in which the Enterprises and other parties are litigating the interpretation and application of NRS 116.3116(2), which allows an HOA a limited super-priority lien security payment for past due HOA fees, and permits properly conducted foreclosures and public auctions to extinguish all other deed-of-trust interests. *SFR Invs. Pool I, LLC v. U.S. Bank, NA.*, 334 P.3d 408 (Nev. 2014) ("the Chapter 116 Cases"). However, as the Nevada Supreme Court and the Ninth Circuit have concluded, federal law precludes this result when the owner of the deed of trust is an Enterprise in FHFA conservatorship. *See* 12 U.S.C. § 4617(j)(3) ("No property" of the Conservator "shall be subject to ... foreclosure ... without the [FHFA's] consent."); *id.* § 4617(b )(2)(A)(i) (the Conservator succeeds to "all rights, titles, powers, and privileges" of the Enterprises); *Freddie Mac v. SFR Invs. Pool 1, LLC*, 893 F.3d 1136 (9th Cir. 2018); *Berezovsky v. Moniz*, 869 F.3d 923 (9th Cir. 2017); *Elmer v. JPMorgan Chase Co.*, 707 F. App'x 426 (9th Cir. 2017) (unpublished); and *Saticoy Bay LLC Series 9641 Christine View v. Fed. Nat'l Mortg. Ass'n*, 417 P.3d 363 (2018).

11. FHFA has retained Arnold & Porter Kaye Scholer LLP to coordinate and implement its legal strategy in these actions. I am the primary contact person at Arnold & Porter Kaye Scholer LLP for these matters. FHFA has retained Leslie Bryan Hart and the law firm of Fennemore Craig, P.C. to assist as local counsel in these cases.

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

15301670

3

12. In the past three years I have submitted 16 applications for *pro hac vice* admission in the District Court for the District of Nevada. A list of those cases is attached hereto as **Exhibit A**. Only four of these cases are still active in the District of Nevada.

13. Granting this application will serve judicial efficiency and save party resources as FHFA has retained my firm and me in connection with matters raised in this state and in other states that similarly involve the interpretation of FHFA's governing statute and the scope of the Conservator's authority under federal law. Although Arnold & Porter Kaye Scholer LLP has a group of attorneys working on the cases pending in the federal and state courts of Nevada, I have been the FHFA's principal representative at numerous hearings in the United States District Court for the District of Nevada, and the Ninth Circuit, as well as other courts around the country.

14. Of particular significance, I argued the *Berezovsky*, *Elmer*, and *Freddie Mac* cases, in which the Ninth Circuit applied the Federal Foreclosure Bar and addressed statutory, constitutional, and precedent-based arguments concerning the scope of its application. I also argued the *Christine View* appeal, where the Nevada Supreme Court followed the Ninth Circuit's precedent. I believe my experience arguing these three cases before the Ninth Circuit and Nevada Supreme Court will allow FHFA to provide the Court with important background and perspective more efficiently than if FHFA had to present its arguments through another counsel.

15. In my view, my participation in these cases, including at oral argument, assisted the Court in each of these cases.

16. FHFA respectfully requests that the Court find that special circumstances and good cause exist to grant my application in this case.

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

15301670

4

17.  Based on the foregoing, special circumstances and good cause exist to permit my appearance in this case.

DATED: November 5, 2019.

_____
Michael A. F. Johnson

Subscribed and Sworn to before me
this 5th day of ~~October~~, 2019.
          November

_M_____
Notary Public

MORGANNE WESTOVER
NOTARY PUBLIC
STATE OF NEVADA
APPT NO. 10-1647-1
MY APPT EXPIRES AUGUST 29, 2023

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

5

15301670

# Exhibit A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

15301670

6

## Michael A. F. Johnson
## Applications to Appear as Counsel Pro Hac Vice in Last 3 Years

| Date of App. | Case | Title of Court Admin. Body or Arbitrator | Was App. Granted or Denied |
|---|---|---|---|
| 11/9/16 | Terra West Collections Group, LLC v. Fannie Mae, No. 2:15-cv-01692-JAD-VCF | U.S. District Court, D. Nev. (Las Vegas) | Granted |
| 5/16/17 | FHFA v. LN Mgmt., LLC, No. 2:17-cv-00910-APG-VCF | U.S. District Court, D. Nev. (Las Vegas) | Granted |
| 5/16/17 | FHFA v. Las Vegas Development Group, LLC, No. 2:17-cv-00908-JAD-VCF | U.S. District Court, D. Nev. (Las Vegas) | Denied |
| 5/16/17 | FHFA v. Nevada New Builds, LLC, No. 2:17-cv-00912-JAD-VCF | U.S. District Court, D. Nev. (Las Vegas) | Denied |
| 5/16/17 | FHFA v. SFR Investments Pool 1, LLC, No. 2:17-cv-00914-GMN-PAL | U.S. District Court, D. Nev. (Las Vegas) | Granted |
| 5/16/17 | FHFA v. Thunder Properties, LLC, No. 2:17-cv-00915-RFB-CWH | U.S. District Court, D. Nev. (Las Vegas) | Granted |
| 3/20/18 | FHFA v. GR Investments, No. 2:17-cv-03005-JAD-VEH | U.S. District Court, D. Nev. (Las Vegas) | Granted |
| 3/28/18 | FHFA v. LN Mgm't LLC, Series 2937 Barboursville, No. 2:17-cv-03006-JAD-GWF | U.S. District Court, D. Nev. (Las Vegas) | Granted |
| 3/28/18 | FHFA v. LN Mgm't, LLC, No. 2:18-cv-00371-RFB-GWF | U.S. District Court, D. Nev. (Las Vegas) | Granted |
| 3/28/18 | FHFA v. Placer Bullion Trust #9166, No. 2:18-cv-00289-JCM-PAL | U.S. District Court, D. Nev. (Las Vegas) | Granted |
| 6/13/18 | M&T Bank v. SFR Investments Pool 1, LLC, No. 2:17-cv-01867-JCM-CWH | U.S. District Court, D. Nev. (Las Vegas) | Granted |
| 6/19/18 | FHFA v. BG Novecientos Dos S.A. Corp. ID 3-101-454-51, No. 2:18-cv-00453-GMN-CWH | U.S. District Court, D. Nev. (Las Vegas) | Case Settled; PHV-Moot |
| 6/22/18 | Saticoy Bay LLC Series 970 Flapjack Drive v. Fannie Mae, No. 2:18-cv-00961-RFB-NJK | U.S. District Court, D. Nev. (Las Vegas) | Granted |
| 6/26/19 | Ditech Financial, LLC v. SFR Investments Pool 1, LLC, No. 2:17-cv-01772-RFB-PAL | U.S. District Court, D. Nev. (Las Vegas) | Granted |
| 7/1/19 | Ditech Financial, LLC v. Talasera and Vicanto Homeowners' Ass'n, No. 2:16-cv-02906-JAD-NJK | U.S. District Court, D. Nev. (Las Vegas) | Granted |
| 8/29/19 | Nationstar Mortg. v. Independence II Homeowners Ass'n, No. 2:15-cv-02151-JAD-NJK | U.S. District Court, D. Nev. (Las Vegas) | Granted |

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

7

15301670