**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; FEDERAL HOME LOAN MORTGAGE CORPORATION; JPMORGAN CHASE BANK, N.A.; DITECH FINANCIAL LLC; NATIONSTAR MORTGAGE, LLC; BAYVIEW LOAN SERVICING LLC; and BANK OF AMERICA, N.A., <br><br>　　　　　　　　　　Plaintiffs, <br><br>　　vs. <br><br>THUNDER PROPERTIES, INC., <br><br>　　　　　　　　　　Defendant. | CASE NO.: 3:16-cv-00461-RCJ-WGC <br><br> **ORDER FOR EXTENSION OF TIME TO RESPOND TO THUNDER PROPERTIES' MOTION FOR RECONSIDERATION** <br><br> **[FIRST REQUEST]** |

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

15493894

Plaintiffs Federal Housing Finance Agency ("FHFA"), Federal National Mortgage Association ("Fannie Mae"), Federal Home Loan Mortgage Corporation ("Freddie Mac"), JPMorgan Chase Bank, N.A. ("JPMorgan"), Ditech Financial LLC ("Ditech"), Nationstar Mortgage, LLC ("Nationstar"), Bayview Loan Servicing LLC ("Bayview") and Bank of America, N.A. ("BofA"), (collectively "Plaintiffs") and Defendant Thunder Properties, Inc., ("Thunder") by and through their undersigned counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED that the deadline for Plaintiffs to file their response to Thunder's Motion for Reconsideration (ECF No. 86) is extended from January 17, 2020, to January 31, 2020.

This is Plaintiffs' first request for an extension of time regarding their Response. This additional time is appropriate because counsel for Plaintiffs are involved in many other related cases in this District and are facing deadlines in many of these cases as well, and Plaintiffs anticipate that a joint Response will be filed, which requires coordination among the multiple Plaintiffs and their respective counsel.

DATED: January 17, 2020.

| **FENNEMORE CRAIG, P.C.** | **AKERMAN LLP** |
|---|---|
| By: /s/ Leslie Bryan Hart<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2228  Fax: 775-788-2229<br>lhart@fclaw.com; jtennert@fclaw.com | By: /s/ Natalie Winslow<br>Natalie Winslow, Esq. (SBN 12125)<br>Melanie Morgan, Esq. (SBN 08215)<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89144<br>Tel: (702) 634-5000  Fax: (702) 380-8572<br>Natalie.winslow@akerman.com<br>Melanie.morgan@akerman.com |
| *Attorneys for Plaintiffs Federal Housing Financing Agency and Federal Home Loan Mortgage Corporation* | *Attorneys for Plaintiffs Bayview Loan Servicing LLC, Nationstar Mortgage, LLC and Bank of America, N.A.* |

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

15493894

2

| | |
|---|---|
| **SNELL & WILMER LLP** | **SMITH LARSEN & WIXOM** |
| By: /s/ Erica J. Stutman<br>Amy F. Sorenson, Esq. (SBN 12495)<br>Erica J. Stutman, Esq. (SBN 10794)<br>Kelly H. Dove, Esq. (SBN 10569)<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, NV 89169<br>Tel: 702-784-5200 Fax: 702-784-5252<br>asorenson@swlaw.com<br>estutman@swlaw.com<br>rperkins@swlaw.com<br>kdove@swlaw.com | By: /s/ Katie M. Weber<br>Kent F. Larsen, Esq. (SBN 03463)<br>Katie M. Weber, Esq. (SBN 11736)<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Tel: (702) 252-5002 Fax: (702) 252-5006<br>kfl@slwlaw.com<br>kw@slwlaw.com<br><br>*Attorneys for Plaintiff JPMorgan Chase Bank, N.A.* |
| *Attorneys for Plaintiff Federal National Mortgage Association* | |
| **WOLFE & WYMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
| By: /s/ Colt B. Dodrill<br>Colt B. Dodrill, Esq. (SBN 9000)<br>6757 Spencer Street<br>Las Vegas, NV 89119<br>Tel: 702-476-0100 Fax: 702-476-0101<br>cbdodrill@wolfewyman.com<br><br>*Attorneys for Plaintiff Ditech Financial LLC* | By: /s/ Timothy Rhoda<br>Roger P. Croteau, Esq. (SBN 4958)<br>Timothy Rhoda, Esq. (SBN 7878)<br>9120 West Post Road, Suite 100<br>Las Vegas, NV 89148<br>Tel: (702) 254-7775 Fax: (702) 228-7719<br>rcroteau@croteaulaw.com<br>tim@croteaulaw.com<br><br>*Attorneys for Defendant Thunder Properties, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES JUDGE

DATED: January 30, 2020.

15493894

3