**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of the Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; FEDERAL HOME LOAN MORTGAGE CORPORATION; JPMORGAN CHASE BANK, N.A.; DITECH FINANCIAL LLC; NATIONSTAR MORTGAGE, LLC; BAYVIEW LOAN SERVICING, LLC; and BANK OF AMERICA, N.A., <br><br> Plaintiffs, <br> vs. <br> THUNDER PROPERTIES, INC., <br><br> Defendant. | CASE NO.: 3:16-cv-00461-RCJ-WGC <br><br> **ORDER** <br> **TO DISMISS CERTAIN PROPERTIES WITH PREJUDICE** |

Pursuant to FRCP 41(a)(2), Plaintiffs Federal Housing Finance Agency, Federal National Mortgage Association, Federal Home Loan Mortgage Corporation, JP Morgan Chase Bank, N.A. ("Chase"), Ditech Financial, LLC, Nationstar Mortgage, LLC, Bayview Loan Servicing, LLC, and Bank of America, N.A., together with Defendant Thunder Properties, LLC ("Thunder") (collectively with Plaintiffs, the "Parties"), through their respective counsel of record, stipulate and agree to the following:

///

**A.** Plaintiffs filed their *Second Amended Complaint* against Thunder on February 27, 2017, seeking declaratory judgment and quiet title concerning thirteen (13) properties that Thunder purportedly purchased at HOA foreclosure sales.

**B.** The claims shall be dismissed with prejudice only as to the following six (6) properties (the "Properties"):

1. 1013 Ringneck Way, Sparks, Nevada 89441, APN 530-342-05
2. 1691 York Way, Sparks, Nevada 89431, APN 027-490-02
3. 2300 Dickerson Road, Unit 13, Reno, Nevada 89503, APN 006-300-06
4. 872 Tanager Street, No. 38, Incline Village, Nevada 89451, APN 132-560-21
5. 2845 Idlewild Drive, Unit 110, Reno, Nevada 89505, APN 010-536-04
6. 8870 Dixon Lane, Reno, Nevada 89511, APN 043-102-13

**C.** Each party shall bear its own costs, fees, and expenses associated with the litigation of the Properties.

**D.** All claims, counter-claims, third-party claims, causes of action, allegations, complaints, and/or grievances as to the remaining seven (7) properties identified in the Second Amended Complaint are not impacted by this stipulation.

**E**. As Chase does not assert any claims with respect to the remaining seven (7) properties identified in the Second Amended Complaint, this Stipulation and Order effectively dismisses all claims by and against Chase in this action.

Dated: August 4, 2020

FENNEMORE CRAIG, P.C.

*/s/ Leslie Bryan Hart*
Leslie Bryan Hart, Esq. (NV Bar No. 4932)
John D. Tennert, Esq. (NV Bar No. 11728)
300 E. Second Street, Suite 1510
Reno, NV 89501
*Attorneys for Plaintiffs Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation*

Dated: August 4, 2020

SNELL & WILMER L.L.P.

*/s/ Erica J. Stutman*
Amy F. Sorenson, Esq. (NV Bar No. 12495)
Erica J. Stutman, Esq. (NV Bar No. 10794)
Kelly Dove, Esq. (NV Bar No. 10569)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89109
*Attorneys for Plaintiff Federal National Mortgage Association*

**SIGNATURES CONTINUED ON NEXT PAGE**

| | |
|---|---|
| Dated: August 4, 2020 | Dated: August 4, 2020 |
| SMITH LARSEN WIXOM | AKERMAN, LLP |
| */s/ Katie M. Weber* | */s/ Melanie Morgan* |
| Kent F. Larsen, Esq. (NV Bar No. 3463)<br>Katie M. Weber, Esq. (NV Bar No. 11736)<br>1935 Village Center Circle<br>Las Vegas, NV 89134<br>*Attorneys for Plaintiff JP Morgan Chase Bank, N.A.* | Natalie Winslow, Esq. (NV Bar No. 12125)<br>Melanie Morgan, Esq. (NV Bar No. 8215)<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Plaintiffs Bayview Loan Servicing, LLC, Nationstar Mortgage, LLC and Bank of America, N.A.* |
| Dated: August 4, 2020 | Dated: August 4, 2020 |
| WOLFE WYMAN, LLP | ROGER P. CROTEAU & ASSOCIATES, LTD. |
| */s/ Colt B. Dodrill* | */s/ Timothy E. Rhoda* |
| Colt B. Dodrill, Esq. (NV Bar No. 9000)<br>6757 Spencer Street<br>Las Vegas, NV 89119<br>*Attorneys for Plaintiff Ditech Financial, LLC* | Roger P. Croteau, Esq. (NV Bar No. 4958)<br>Timothy E. Rhoda, Esq. (NV Bar No. 7878)<br>9120 West Post Road, Suite 100<br>Las Vegas, NV 89148<br>*Attorneys for Defendant Thunder Properties, Inc.* |

### ORDER

The Court having considered the *Stipulation and Order to Dismiss Certain Properties With Prejudice*, the record in this case, and for good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation is approved.

**IT IS FURTHER ORDERED** that pursuant to FRCP 41(a)(2), all claims related to the above-listed Properties only shall be dismissed from this action with prejudice.

**IT IS FURTHER ORDERED** that, because Chase does not assert any claims with respect to the remaining seven (7) properties identified in the Second Amended Complaint, all claims asserted by or against Chase in this action are effectively dismissed with prejudice.

/ / /

/ / /

**IT IS FURTHER ORDERED** that each Party shall bear its own costs, fees, and expenses associated with the litigation of the Properties.

DATED this 11th day of August, 2020.

U.S. DISTRICT COURT JUDGE

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2020, I electronically transmitted the foregoing **STIPULATION AND ORDER TO DISMISS CERTAIN PROPERTIES WITH PREJUDICE** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

| | |
|---|---|
| Roger P. Croteau, Esq.<br>Timothy E. Rhoda, Esq.<br>ROGER P. CROTEAU & ASSOCIATES, LTD.<br>9120 West Post Road, Suite 100<br>Las Vegas, NV 89148<br>croteaulaw@croteaulaw.com<br>tim@croteaulaw.com<br>*Attorneys for Defendant*<br>*THUNDER PROPERTIES, INC.* | Leslie Bryan Hart, Esq.<br>John D. Tennert, Esq.<br>FENNEMORE CRAIG, P.C.<br>300 E. Second St., Suite 1510<br>Reno, NV 89501<br>lhart@fclaw.com<br>jtennert@fclaw.com<br>*Attorneys for Plaintiffs*<br>*FEDERAL HOUSING FINANCE AGENCY AND FEDERAL HOME LOAN MORTGAGE CORPORATION* |
| Natalie L. Winslow, Esq.<br>Melanie D. Morgan, Esq.<br>Donna M. Wittig, Esq.<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>natalie.winslow@akerman.com<br>melanie.morgan@akerman.com<br>donna.wittig@akerman.com<br>*Attorneys for Plaintiffs Bayview Loan Servicing LLC, Nationstar Mortgage, LLC and Bank of America, N.A.* | Kent F. Larsen, Esq.<br>Katie M. Weber, Esq.<br>SMITH LARSEN WIXOM<br>1935 Village Center Circle<br>Las Vegas, NV 89134<br>kfl@slwlaw.com<br>kw@slwlaw.com<br>*Attorney for Plaintiff JPMorgan Chase Bank, N.A.* |

Colt B. Dodrill, Esq.
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV 89119
cbdodrill@wolfewyman.com
*Attorney for Plaintiff Ditech Financial LLC*

DATED August 4, 2020.

       */s/ Maricris Williams*
An employee of Snell & Wilmer L.L.P.

4812-1434-6402

- 5 -