**ANDREW A. BAO, ESQ.**
Nevada Bar No. 10508
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
*aabao@ww.law*

Attorneys for Plaintiff
DITECH FINANCIAL LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; FEDERAL HOME LOAN MORTGAGE CORPORATION; JPMORGAN CHASE BANK, N.A.; DITECH FINANCIAL, LLC; NATIONSTAR MORTGAGE, LLC; BAYVIEW LOAN SERVICING, LLC; and BANK OF AMERICA, N.A., <br><br>　　　　　　　Plaintiffs, <br><br>vs. <br><br>THUNDER PROPERTIES, INC., <br><br>　　　　　　　Defendant. | CASE NO.:　3:16-cv-00461-RCJ-WGC <br><br>**ORDER GRANTING MOTION FOR SUBSTITUION OF ATTORNEY** <br>**(ECF NO. 103)** |

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, effective immediately, the handling attorney on this matter for WOLFE & WYMAN LLP will be Andrew A. Bao, Esq., who shall be designated as the counsel for service in this matter until further notice, in place and stead of Colt B. Dodrill, Esq.

Therefore, please remove Colt B. Dodrill, Esq. from this service list, and direct all future

*///*

*///*

1

3907942.1

pleadings, correspondence and any inquires to Andrew A. Bao, Esq. concerning Attorneys for Plaintiff DITECH FINANCIAL LLC and/or this matter.

DATED: April 20, 2021

ORDER

IT IS HEREBY ORDERED that the Motion for Substitution of Attorney (ECF No. 103) is GRANTED.

IT IS SO ORDERED.

**ROBERT C. JONES**
**United States District Judge**
**Dated: April 30, 2021.**

**CERTIFICATE OF MAILING**

On April 20, 2021, I served the foregoing **NOTICE OF ASSOCIATION OF COUNSEL INTO CASE** by the following means to the persons as listed below:

☒ a. EFC System (you must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary):

    Kelly H Dove                              kdove@swlaw.com
    Snell & Wilmer L.L.P.
    3883 Howard Hughes Parkway
    Las Vegas, NV 89169
    *Attorney for Plaintiff*
    *Federal National Mortgage Association*

    Leslie Bryan Hart                      lhart@fclaw.com
    Fennemore Craig, P.C.
    300 E. Second St., Suite 1510
    Reno, NV 89501-
    *Attorney for Plaintiffs*
    *Federal Home Loan Mortgage Corporation*
    *and Federal Housing Finance Agency*

    Robin E Perkins                       rperkins@swlaw.com
    Snell & Wilmer L.L.P.
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, NV 89169
    *Attorney for Plaintiff*
    *Federal National Mortgage Association*

    Amy F. Sorenson                    asorenson@swlaw.com
    Snell & Willmer, LLP
    3883 Howard Highes Parkway
    Suite 1100
    Las Vegas, NV 89169
    *Attorney for Plaintiff*
    *Federal National Mortgage Association*

| | |
|---|---|
| Erica J Stutman<br>Snell & Wilmer L.L.P.<br>One Arizona Center<br>400 E. Van Buren St., Ste. 1900<br>Phoenix, AZ 85004<br>***Attorney for Plaintiff***<br>***Federal National Mortgage Association*** | estutman@swlaw.com |
| John D. Tennert<br>Fennemore Craig, P.C.<br>300 E. Second St.<br>Suite 1510<br>Reno, NV 89501<br>***Attorney for Plaintiffs***<br>***Federal Home Loan Mortgage Corporation***<br>***and Federal Housing Finance Agency*** | jtennert@fclaw.com |
| Kent F Larsen<br>Smith Larsen & Wixom<br>1935 Village Center Circle<br>Las Vegas, NV 89134<br>***Attorney for Plaintiff***<br>***JPMorgan Chase Bank, N.A.*** | kfl@slwlaw.com |
| Melanie D Morgan<br>Akerman LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>***Attorney for Plaintiffs***<br>***Bank of America, N.A., Bayview Loan***<br>***Servicing, LLC and Nationstar Mortgage,***<br>***LLC*** | melanie.morgan@akerman.com |
| Natalie L Winslow<br>Akerman LLP<br>1160 N. Town Center Drive<br>Las Vegas, NV 89144<br>***Attorney for Plaintiffs***<br>***Bank of America, N.A., Bayview Loan***<br>***Servicing, LLC and Nationstar Mortgage,***<br>***LLC*** | natalie.winslow@akerman.com |
| Katie M. Weber<br>Smith Larsen & Wixom<br>1935 Village Center Cir.<br>Las Vegas, NV 89134<br>***Attorney for Plaintiff***<br>***JPMorgan Chase Bank, N.A.*** | kw@slwlaw.com |

3907942.1

1     Roger P. Croteau, Esq.                          croteaulaw@croteaulaw.com
Nevada Bar No. 4958
Timothy E. Rhoda, Esq.
Nevada Bar No. 7878
Roger P. Croteau & Associates, Ltd.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
*Attorney for Defendant*
*Thunder Properties, Inc.*

☐    b.    United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

                                        */s/ Kathleen S. Gambill*
                                        Kathleen S. Gambill
                                        An employee of Wolfe & Wyman LLP