ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: lilith.xara@akerman.com

*Attorneys for Bayview Loan Servicing LLC,
Nationstar Mortgage LLC and Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, In its Capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; FEDERAL HOME LOAN MORTGAGE CORPORATION; JPMORGAN CHASE BANK, N.A.; DITECH FINANCIAL LLC: NATIONAL MORTGAGE LLC; BAYVIEW LOAN SERVICING LLC; AND BANK OF AMERICA, N.A., <br><br> PLAINTIFFS, <br><br> V. <br><br> THUNDER PROPERTIES, INC., <br><br> DEFENDANT. | Case No.: 3:16-cv-00461-RCJ-WGC <br><br> **ORDER TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Jamie K. Combs, Esq. and Tenesa S. Powell, Esq. are no longer associated with the law firm of Akerman LLP and requests that Ms. Combs and Ms. Powell be removed from the service list.

/ / /

/ / /

/ / /

58436651;1

Akerman LLP continues to serve as counsel for Bayview Loan Servicing LLC, Nationstar Mortgage LLC and Bank of America, N.A. in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern Esq., Melanie D. Morgan, Esq. and Lilith V. Xara, Esq.

DATED this 1st day of June, 2021

**AKERMAN LLP**

*/s/ Lilith V. Xara*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Bayview Loan Servicing LLC,*
*Nationstar Mortgage LLC and Bank of*
*America, N.A.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: JUNE 1, 2021.